October 18, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

EPCO HOLDINGS, INC. AND ENTERPRISE PRODUCTS OPERATING, LLC,
Appellants

NO. 14-10-01226-CV                          V.

CHICAGO BRIDGE AND IRON COMPANY AND HOWE-BAKER ENGINEERS,
LTD., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Chicago Bridge and Iron Company and Howe-Baker Engineers, Ltd., signed November 22, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred by dismissing appellants', Epco Holdings, Inc. and Enterprise Products Operating, LLC, claims related to the design of the catwalks. We therefore order that the portions of the judgment that dismiss appellants' claims related to the design of the catwalks are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order the parties to pay their own costs incurred in this appeal. We further order this decision certified below for observance.